## COOK *v.* FIRST NATIONAL BANK OF WAYNESBORO.

BELL, J.   1. "There is no provision of law for reviewing by writ of error an interlocutory order merely revoking or setting aside a temporary restraining order." *Carolina Portland Cement Co.* v. *Jones,* 162 *Ga.* 591 (134 S. E. 300) ; *Barrett* v. *American Securities Co.,* 173 *Ga.* 57 (159 S. E. 866).

2. The only exception in this case is to an order dissolving a previous restraining order, and therefore the motion to dismiss the writ of error must be sustained.

*Writ of error dismissed. All the Justices concur, except Hill, J., absent for providential cause.*

No. 9602. DECEMBER 15, 1933.

*H. Cliff Hatcher* and *Fleming & Fleming,* for plaintiff.
*Fullbright & Burney,* for defendant.